```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JONATHAN M. CARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3043 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

Plaintiff's motion for time, filing no. 14, is granted, and the briefing deadlines are extended as follows:

1. Plaintiff shall file a brief by July 6, 2009.

2. Defendant shall file a brief by August 6, 2009.

3. Plaintiff may file a reply brief by August 20, 2009.

4. This case shall be ripe for decision on August 26, 2009.

DATED this 5th day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge