IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JONATHAN M. CARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3043 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's unopposed motion to continue, (filing no. 19), is granted.

2) The briefing dates are extended as follows:

　　a.　Defendant shall file a brief by September 8, 2009;

　　b.　Plaintiff may file a reply brief by September 22, 2009;

　　c.　This case shall be ripe for decision on September 23, 2009.

DATED this 6th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge